UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER J. LABONTE<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION<br>SERVICES LLC,<br><br>Defendant. | CIVIL ACTION NO. |

COMES NOW the Plaintiff, CHRISTOPHER J. LABONTE, (hereafter the "Plaintiff") and for his complaint against the Defendant, alleges as follows:

## PRELIMINARY STATEMENT

1. This is an action for actual, statutory and punitive damages, costs and attorney's fees brought pursuant to 15 U.S.C. § 1681 *et seq.* (Federal Fair Credit Reporting Act), M.G.L c. 93A § 58(h).

## JURISDICTION

2. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681(p) and 28 U.S.C. 1367.

3. The Plaintiff is a natural person who resides at 11 Glover St., Southbridge, MA and during all relevant periods of time relating to the series of entries into the Plaintiff's credit file, was a resident of the Commonwealth of Massachusetts. He is a "consumer" as defined by 15 U.S.C. § 1681a(c).

4. Upon information and belief, EQUIFAX INFORMATION SERVICES, L.L.C ("Defendant") is a "foreign limited liability company" organized under the laws of the State of Georgia authorized to do business in the Commonwealth of Massachusetts through its registered agent's offices at 84 State Street, Boston, Massachusetts 02109. Additionally, it has a place of business within the Commonwealth of Massachusetts , which is located at 200 Unicorn Park Dr., Woburn, MA.

5. Upon information and belief, EQUIFAX is a "consumer reporting agency," as defined in 15 U.S.C. § 1681(f). Upon information and belief, EQUIFAX is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. § 1681(d), to third parties.

6. Upon information and belief, EQUIFAX disburses such consumer reports to third parties under contract for monetary compensation.

7. Venue is proper pursuant to 28 U.S.C. § 1391(b) in the judicial district where the claim arose.

2

## **STATEMENT OF FACTS**

8.  On or about May 3, 2010, the Plaintiff and his wife, Cathy Ann Labonte  filed a joint Chapter 7 Bankruptcy petition in the United States Bankruptcy Court for the District of Massachusetts (see, Exhibit "B" to Exhibit 1, attached hereto). In Schedules "D" and "F" to Plaintiff's bankruptcy petition, Plaintiff listed all of his secured and unsecured claims in existence as of the date of the bankruptcy filing (see, respectively Exhibit "C" and "G" to Exhibit 1, attached hereto).

9.  On February 7, 2011, Plaintiff obtained a discharge of any and all of the claims which were scheduled, inter alia, in Schedules "D" and "F" to Plaintiff's bankruptcy petition. (See, Exhibit "D" to Exhibit 1, attached hereto)

10.  Despite Plaintiff's discharge in bankruptcy, dated February 7, 2011, as of January 16, 2013, Plaintiff's credit report, maintained by the Defendant, continued to list as outstanding and/or past due the following claims which were listed in Schedules "D" and "F" to Plaintiff's bankruptcy petition:

A) Creditor:          Sovereign Bank,

Account Number:    344607XXXX

Amounts in Error:   $3,735 and $14,149

B) Creditor:          Bank of America

Account Number:    433993001197XXXX

Amount in Error:    $21,569

3

C) Creditor:          Credit One, LLC

Account Number:       Ch33XXXX

Amount in Error:      $12,596

D) Creditor:          Sovereign Bank

Account Number:       337401512909XXXX

Amount in Error       $177,320

11. On February 1, 2013 Plaintiff, through counsel, sent to the Defendant  a formal comprehensive written demand requesting the Defendant to correct various errors in the Plaintiff's credit report maintained by the Defendant ("Request for Credit Error Corrections"). A copy of said Request for Credit Error Corrections is attached hereto and marked as Exhibit 1.

12.  Defendant received said Request for Credit Error Corrections on February 5, 2013 and provided a written response to the Request for Credit Error Corrections on March 4, 2013, which contain certain updated entries in Plaintiff's Equifax credit report ("Defendant's Response"). A copy of said Defendant's Response is attached hereto and marked as Exhibit 2.

13.  Despite the comprehensive nature of the Request for Credit Error Corrections and despite the fact that the exhibits to the Request for Credit Error Corrections were obtained from public records that the Defendant could easily verify, Defendant made only 1 of the 4 requested corrections.

14.  Defendant's Response indicates that instead of accessing public records to confirm that the Plaintiff's Request for Credit Error Corrections were justified, it contacted the various creditors who allegedly verified the information as reported in Defendant's Response as accurate. Except for Sovereign Bank's entries as set forth in paragraph 10 A herein, Defendant failed to make any necessary corrections for any of the remaining creditors set forth in paragraph 10 herein.

15.  The Plaintiff's credit report maintained by Defendant still erroneously reports that the Plaintiff is past due and obligated to the following creditors in the following amounts:

|  |  |
|---|---|
| Creditor: | Bank of America |
| Amount Reported | $21,569 |
| Creditor: | Credit One, LLC |
| Amount Reported | $12,596 |
| Creditor: | Sovereign Bank |
| Amount Reported | $177,320 |

16.  Representations by the above referenced creditors that the above referenced debt is still due and owing and "past due" are false. Any debts scheduled by the Plaintiff in his bankruptcy schedules have been discharged. Because Defendant can verify the discharge of all of the debts listed in paragraph 15 herein by accessing public records, the Defendant has no right to rely upon representations made by said creditors concerning said debt.

17.  The Defendant failed to conduct an adequate reinvestigation to correct the obvious errors in the Plaintiff's credit report maintained by the Defendant.

18.  The Plaintiff is a consumer who is seeking financing to purchase residential property. The inaccuracies in his credit report have had and will continue to have a negative impact on his obtaining financing and as a result Plaintiff has and/or will continue to suffer monetary and other damages.

19.  In 2013, the Plaintiff applied for and was denied credit needed to purchase a personal residence.  The erroneous credit entries set forth in paragraph 15 herein were deemed the specific reason for the Plaintiff's denial of credit. Plaintiff will continue to suffer irreparable damages until such time as the erroneous credit entries set forth in paragraph 15 herein are corrected by the Defendant.

## COUNT I

## VS. EQUIFAX

## VIOLATION OF FAIR CREDIT REPPORTING ACT – FAILURE TO FOLLOW REASONABLE PROCEDURES

20.  The Plaintiff realleges and incorporates paragraphs 1 through 19 above as if fully set out herein.

21.  EQUIFAX violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

22. As a result of this conduct, action and inaction of EQUIFAX, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from a credit, the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials.

23. EQUIFAX's conduct, action and inaction was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent, entitling the Plaintiff to recover under 15 U.S.C. 1681o.

24. The Plaintiff is entitled to obtain a mandatory injunction requiring EQUIFAX to correct all errors in the Plaintiff's credit history including curative statements identifying the prior existence of said errors and recover costs and attorney's fees from EQUIFAX in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

### COUNT II

### VS. EQUIFAX

### VIOLATION OF FAIR CREDIT REPORTING ACT – FAILURE TO CONDUCT ADEQUATE REINVESTIGATION

25. Plaintiff realleges and incorporates paragraphs 1 through 24 above as if fully set out herein.

7

26.  EQUIFAX violated 15 U.S.C. § 1681i on multiple occasions by failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of such inaccuracies; by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file; by failure to correct obvious errors when notified by consumer; and by relying upon verification from a source it has reason to know is unreliable.

27.  As a result of this conduct, action and inaction of EQUIFAX, the Plaintiff suffered damage by loss of credit; loss of the ability to purchase and benefit from credit; and the mental and emotional pain, anguish, humiliation, and embarrassment of credit denials.

28.  EQUIFAX's conduct, action and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n.  In the alternative, it was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

29.  The Plaintiff is entitled to obtain a mandatory injunction requiring EQUIFAX to correct all errors in the Plaintiff's credit history including curative statements identifying the prior existence of said errors and recover costs and attorney's fees from EQUIFAX in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or 1681o.

## COUNT III

## (APPLICATION FOR MANDATORY  INJUNCTION AGAINST EQUIFAX)

30.  Plaintiff realleges and incorporates paragraphs 1 through 29 above as if fully set out herein.

32.     Plaintiff has a strong likelihood of success on the merits in this action as the Defendant has failed to comply with applicable law and take the simple step of reviewing public records in order to verify that the Plaintiff's Request for Credit Error Corrections were justified and determine that the requested corrections should have been made. Until such time as the erroneous credit entries set forth in paragraph 15 herein are corrected Plaintiff will continue to suffer irreparable damages.

34.     Plaintiff is unaware of any liability insurance, which is owned or maintained by the Defendant that is available to satisfy part or all of any judgment rendered in this matter.

35.     In light of the serious and deliberate failure of the Defendant to make the requested credit entry corrections, the lack of any defenses to the claims of the Plaintiff, the Plaintiff's high likelihood of success on the merits and the Plaintiff's continued inability to obtain credit because of the Defendant's breaches of duty, Plaintiff believes and therefore avers that the requested mandatory injunction relief is necessary and appropriate to afford the Plaintiff the full and complete remedy he is entitled to.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff respectfully requests that this Court:

1. Pursuant to Count I enter Judgment against Defendant in an amount to be determined at trial, plus interest, costs, and attorneys' fees and that execution or other appropriate process issue for the enforcement of same; and

2. Pursuant to Count II enter Judgment against Defendant in an amount to be determined at trial, plus interest, costs, and attorneys' fees and that execution or other appropriate process issue for the enforcement of same; and

3. Pursuant to Count III, that a mandatory injunction issue requiring Defendant to correct all errors in the Plaintiff's credit history and enter into Plaintiff's credit report and agreed to curative statement identifying the prior existence of said errors; and

4. For any such other and further relief as this Court deems just and proper.

## PLAINTIFF DEMANDS A TRIAL BY JURY

Respectfully submitted this the 15th day of April, 2013

The Plaintiff,
Christopher J. Labonte
By his Attorney,

s/s David J. Noonan, Esq.
228 Triangle Street
Amherst, MA  01002
Tel: (413) 549-5491
Fax :( 413) 549-5156
Email: noonan@law-djn.com
B.B.O. # 373260

# EXHIBIT 1

*THE LAW OFFICE OF*
# DAVID J. NOONAN

228 Triangle Street
Amherst, MA 01002

Telephone:  (413) 549-5491
Facsimile:   (413) 549-5156
david.noonan@verizon.net

Sent By: Regular & Certified Mail
      # 7009 2820 0000 9119 4794

February 1, 2013

Equifax Information Services, LLC
P.O. Box 740256
Atlanta, GA 30374

Re: Credit Entry Disputes/Request for Corrections

| | |
|---|---|
| Consumer: | Christopher Joseph Labonté |
| SSN: | 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 |
| Driver's License Number: Mass. | # S48005077 |
| Personal Residence Address: | 11 Glover St. |
| | Southbridge, MA 01550 |

Dear Sir or Madame:

      Please be advised that I represent the above referenced consumer Christopher Joseph Labonté. Mr. Labonté has retained me in order to ensure that Equifax complies with its obligations pursuant to the Fair Credit Reporting Act and applicable Massachusetts law and timely investigates and thereafter corrects several serious credit entry errors which have been made in his credit report.

### First Request for Correction of Credit Entry Error

| | |
|---|---|
| Creditor: | Sovereign Bank |
| | 1130 Berkshire Blvd. |
| | Wyomissing, PA 19610 |
| Account Number: | 344607XXXX (as entered in Equifax's Credit Report as of January 16, 2013) |

● Page 2                                                    February 1, 2013

Amounts in Error:    $3,735 and $14,149

Credit Entry Error:  The creditor, Sovereign Bank has made two (2) entries which appear in my client's Equifax Credit Report as of January 16, 2013, which indicate that Mr. Labonté has past due balances of $3,735 and $14,149 ("Sovereign Erroneous Credit Entries"). A copy of Equifax's credit report as of 1-16-2013 listing these claims is attached hereto and marked as Exhibit "A" and I have circled the claims in question. It is important to note that your competitor, Experian, has properly disclosed the same claims as discharged in bankruptcy.

Both of these claims relate to promissory notes, secured by a first and 2nd mortgage on my client's previously owned, investment property at 4101 San Marino Blvd., West Palm Beach, FL (" Florida Investment Property").

On May 3, 2010 Mr. Labonté filed a Chapter 7 bankruptcy petition in the United States Bankruptcy Court for the District of Massachusetts. For your convenience, I have attached and marked as Exhibit "B" copy of my client's bankruptcy petition with the Court's case number and time for filing listed at the top of the first page. The promissory notes related to the above-referenced Sovereign account 344607XXXX were scheduled as "secured claims" in Schedule D to my client's bankruptcy petition. For your convenience, I've attached and marked as Exhibit "C" a copy of said Schedule D where I have circled the claims in question. My client received a discharge of all scheduled claims, including but not limited to the claims related to Sovereign account 344607XXXX, on February 7, 2011. For your convenience, I've attached and marked as Exhibit "D" a copy of said discharge order.

As a result of said discharge is clear that Sovereign's Credit Entries concerning Sovereign account 344607XXXX are clearly erroneous and must be changed as the claims relating to said account have been discharged in bankruptcy.

### Second Request for Correction of Credit Entry Error

Creditor:            Bank of America
                     PO Box 982235
                     El Paso, TX 79998

● Page 3                                                      February 1, 2013

Account Number:      433993001197XXXX (as entered Equifax's Credit Report as of
                     January 16, 2013)

Amount in Error:     $21,569

Credit Entry Error:  The creditor, Bank of America has made a credit entry which
                     appear in my client's Equifax Credit Report as of January 16,
                     2013, which indicate that Mr. Labonté has past due balances
                     $21,569 ("Bank of America Erroneous Credit Entry"). A copy of
                     Equifax's credit report as of 1-16-2013 listing this claim is
                     attached hereto and marked as Exhibit "E" and I have circled
                     the claim in question.

                     Bank of America had previously reported to a competing credit
                     reporting agency, Experian, this same claim under a different
                     account number, namely, 2XXX. Schedule F to Mr. Labonté's
                     bankruptcy petition listed all existing Bank of America claims as
                     they were entered in my client's Experian credit report as of 2-
                     17-2010. A copy of said Experian credit report is attached
                     hereto and marked as Exhibit "F". As you can see, the amount
                     of the claim entered by Bank of America in the Experian Credit
                     Report of 2-17-2010 is the exact same amount as is listed in
                     Schedule F to my client's bankruptcy petition. For your
                     convenience, a copy of said Schedule F is attached hereto and
                     marked as Exhibit "G" and I have circled the claim in question.
                     As a result of the above-referenced discharge (see Exhibit "D")
                     Bank of America Erroneous Credit Entry of $21,569 as
                     presently listed in Exhibit "E" is clearly erroneous and must be
                     corrected as this claim has been discharged in bankruptcy.

### Third  Request for Correction of Credit Entry Error

Creditor:            Credit One, LLC
                     PO Box 625
                     Metairie, LA 70004

Account Number:      Ch33XXXX (as entered Equifax Credit Report as of January 16,
                     2013)

Amount in Error:     $12,596

● Page 4                                              February 1, 2013

**Credit Entry Error:** The creditor, Credit One, LLC has made an entry which appears in my client's Equifax Credit Report as of January 16, 2013, and which indicates that Mr. Labonté has a past due balance of $12,596 ("Credit One Erroneous Credit Entry"). A copy of Equifax's credit report as of 1-16-2013 listing this claim is attached hereto and marked as Exhibit "H" and I have circled the claim in question.

This claim as presently listed on Exhibit "H" was previously owned by Chase and was reported to Experian in February of 2010 as claim # 42463151XXXX. A copy of the Experian February 2010 credit report containing this claim is attached hereto and marked as Exhibit "I" and I have circled the claim in question.

Credit One's Erroneous Credit Entry claim was previously in collection with the Daniels Law Offices, P.C. A copy of a dunning letter from said law office concerning this claim is attached hereto and marked as Exhibit "J". This very same claim was listed in my client's Schedule F to his bankruptcy petition. Please see Exhibit "G" where you will find the claim in question has been circled. As a result of the above-referenced discharge (see Exhibit "D") Credit One's Erroneous Credit Entry of $12,596 as presently listed in Exhibit "H" is clearly erroneous and must be corrected as this claim has been discharged in bankruptcy.

### Fourth Request for Correction of Credit Entry Error

Creditor:                Sovereign Bank
                         1130 Berkshire Blvd.
                         Wyomissing, PA 19610

Account Number:          337401512909XXXX (as entered in Equifax's Credit Report as of January 16, 2013)

Amounts in Error         $177,320

**Credit Entry Error:** The creditor, Sovereign Bank has made an entry which appear in my client's Equifax Credit Report as of January 16, 2013, which indicates that Mr. Labonté has a past due balance of $177,320 ("Additional Sovereign Erroneous Credit Entry"). A copy of Equifax's credit report as of 1-16-2013 listing this claim is attached hereto and marked as Exhibit "K" and I have circled

the claim in question. It is important to note that your competitor, Experian, has properly disclosed the same claim as discharged in bankruptcy.

This claim relates to a promissory note, secured by a 2nd mortgage on my client's previously owned, investment property at 897 E Eastford Rd., Southbridge, Massachusetts ("Massachusetts Investment Property"). The promissory note related to the above-referenced Additional Sovereign Erroneous Credit Entry was scheduled as a "secured claim" in Schedule D to my client's bankruptcy petition. Please refer to the attached Exhibit "C" where I have circled the claim in question (please note the amount scheduled was a higher amount of $183,000). As a result of the above-referenced discharge (see Exhibit "D") the Additional Sovereign Erroneous Credit Entry of $177,320 as presently listed in Exhibit "K" is clearly erroneous and must be corrected as this claim has been discharged in bankruptcy.

As Equifax is undoubtedly aware the Fair Credit Reporting Act and applicable Massachusetts credit reporting statutes require, consumer reporting agencies, such as Equifax, once it has been notified by a consumer of a credit entry dispute, to immediately determine the current status of the credit information reported. Equifax is required by law to begin its reinvestigation of these disputed credit entries by contacting each of the Creditors identified herein within five business days of the date on which Equifax received notice of the consumer's dispute. (Please see, 15 U.S.C.A. § 1681i(a)(2)(A).

Applicable law establishes a 30 day period for Equifax to conduct its reinvestigation of the accuracy of the disputed credit entries and requires Equifax to delete the erroneous entry within three business days of its determination that the entry is either inaccurate or can no longer be verified.

We believe that the information which has been provided to Equifax is quite clear and establishes that as of February 7, 2011, (See Exhibit "D") Mr. Labonté's obligations to all of the creditors listed herein were discharged in bankruptcy. We do not see how any reasonable analysis could come to a contrary conclusion. Because Mr. Labonté resides in the Commonwealth of Massachusetts, Massachusetts law determines what degree of weight Equifax must give to the information provided by Mr. Labonté concerning these disputed credit entries. As a result, M.G.L.A. c. 93, § 58(h) establishes that Equifax must accept the consumer's version of the disputed information and correct or delete the disputed item because the information which has been provided to Equifax, (i.e. the bankruptcy petition, the schedules to said bankruptcy petition and the order of discharge) has been obtained from public records and Equifax can easily verify the same.

● Page 6                                                    February 1, 2013

We trust Equifax will expeditiously act upon Mr. Labonté's request to correct the all of the herein listed Erroneous Credit Entries and notify my office with written proof of the corrective action taken by Equifax.

Should you have any questions concerning our request please do not hesitate to contact me.

My client and I appreciate your efforts on his behalf.


Regards,

David J. Noonan, Esq.

Encls:

Cc: C. Labonté
      Sovereign Bank
      Bank of America
      Credit One, LLC

# Exhibit "A"

CHRISTOPHER J LABONTE
Report As Of: 1/16/2013

freecreditreport.com

# Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.





# Exhibit "B"

B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**LaBonte, Christopher Joseph** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Labonte, Cathy Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3348** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-7776** |
| Street Address of Debtor (No. and Street, City, and State):<br>**82 Telephone Road**<br>**East Otis, MA**              ZIP Code **01029** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**82 Telephone Road**<br>**East Otis, MA**              ZIP Code **01029** |
| County of Residence or of the Principal Place of Business:<br>**Berkshire** | County of Residence or of the Principal Place of Business:<br>**Berkshire** |
| Mailing Address of Debtor (if different from street address):<br><br>                                                ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>                                                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>□ Corporation (includes LLC and LLP)<br>□ Partnership<br>□ Other (If debtor is not one of the above entities,<br>  check this box and state type of entity below.) | □ Health Care Business<br>□ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>□ Railroad<br>□ Stockbroker<br>□ Commodity Broker<br>□ Clearing Bank<br>□ Other | ■ Chapter 7            □ Chapter 15 Petition for Recognition<br>□ Chapter 9                of a Foreign Main Proceeding<br>□ Chapter 11<br>□ Chapter 12          □ Chapter 15 Petition for Recognition<br>□ Chapter 13              of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>□ Debtor is a tax-exempt organization<br>  under Title 26 of the United States<br>  Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,     □ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as             business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>□ Filing Fee to be paid in installments (applicable to individuals only). Must<br>  attach signed application for the court's consideration certifying that the<br>  debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>  Form 3A.<br><br>□ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>  attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>□ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>□ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>□ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>  are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>□ A plan is being filed with this petition.<br>□ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>  in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>□ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ■<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): LaBonte, Christopher Joseph   Labonte, Cathy Ann |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:  - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** /s/ David J. Noonan, Esq.              **May  3, 2010** Signature of Attorney for Debtor(s)                      (Date)          **David J. Noonan, Esq. 373260** |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                              Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | LaBonte, Christopher Joseph<br>Labonte, Cathy Ann |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Christopher Joseph LaBonte
Signature of Debtor  **Christopher Joseph LaBonte**

X  /s/ Cathy Ann Labonte
Signature of Joint Debtor  **Cathy Ann Labonte**

Telephone Number (If not represented by attorney)

**May  3, 2010**
Date

### Signature of Attorney*

X  /s/ David J. Noonan, Esq.
Signature of Attorney for Debtor(s)

 David J. Noonan, Esq. 373260
Printed Name of Attorney for Debtor(s)

 Law Office of David J. Noonan
Firm Name
 228 Triangle Street
 Amherst, MA 01002-2184

Address

**Email: david.noonan@verizon.net**
 (413) 549-5491  Fax: (413) 549-5156
Telephone Number

**May  3, 2010**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# Exhibit "C"

B6D (Official Form 6D) (12/07)

In re    Christopher Joseph LaBonte,
Cathy Ann Labonte

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. 401919xxxx | | H | | | 2007 Revolving/Equity Loan Residence Location: 82 Telephone Road, East Otis MA 01029 | | | | | |
| Legacy Bank 116 North Street Pittsfield, MA 01201 | | | | | | | | | | |
| | | | | | Value $    540,000.00 | | | | 249,891.00 | 0.00 |
| Account No. | | | | J | Attachment Investment Property 40-50-60- Cross Street Southbridge, MA | | | | | |
| Red Bird | | | | | | | | | | |
| | | | | | Value $    210,000.00 | | | | 500,000.00 | 290,000.00 |
| Account No. 1310272023xxxx | | | | J | 2008 Revolving/Equity Loan Investment Property 62-66 Harrington Street Southbridge, MA | | | | | |
| Southbridge Credit Union 205 Main Street Southbridge, MA 01550 | | | | | | | | | | |
| | | | | | Value $    180,000.00 | | | | 29,453.00 | 0.00 |
| Account No. 1310110042xxxx | | | | J | 2007 Mortgage Investment Property 62-66 Harrington Street Southbridge, MA | | | | | |
| Southbridge Credit Union 205 Main Street Southbridge, MA 01550 | | | | | | | | | | |
| | | | | | Value $    180,000.00 | | | | 179,189.00 | 28,642.00 |

|  2  continuation sheets attached | Subtotal (Total of this page) | 958,533.00 | 318,642.00 |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re    Christopher Joseph LaBonte,                           Case No. _____
          Cathy Ann Labonte

_____
Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. 5129099869 | | | | J | | 2010 Second Mortgage Investment Property 897 Eastford Road Southbridge, MA | X | | | | |
| Sovereign Bank 450 Penn Street Reading, PA 19602 | | | | | | | | | | | |
| | | | | | | Value $            285,000.00 | | | | 183,000.00 | 0.00 |
| Account No. 344607xxxx | | | | | | 2005 Mortgage Investment Property 4101 San Marino Blvd. West Palm Beach, FL 33401 | | | | | |
| Sovereign Bank FSB 1130 Berkshire Blvd. Reading, PA 19602 | | H | | | | | | | | | |
| | | | | | | Value $             60,000.00 | | | | 173,447.00 | 113,447.00 |
| Account No. 344607xxxx | | | | | | 2005 Second Mortgage Investment Property 4101 San Marino Blvd. West Palm Beach, FL 33401 | X | X | | | |
| Sovereign Bank FSB 1130 Berkshire Blvd. Reading, PA 19610 | | H | | | | | | | | | |
| | | | | | | Value $             60,000.00 | | | | 28,879.00 | 28,879.00 |
| Account No. | | | | | | Chattel Mortgage 2005 Jeep Laredo | | | | | |
| TD Banknorth | | W | | | | | | | | | |
| | | | | | | Value $              6,000.00 | | | | 2,271.00 | 0.00 |
| Account No. 7040246343090xxxx | | | | | | 2006 Chattel Mortgage Loan 2006 Toyota Tacoma | | | | | |
| Toyota Motor Credit 1500 W Park Drive Westborough, MA 01581 | | H | | | | | | | | | |
| | | | | | | Value $              6,500.00 | | | | 4,360.00 | 0.00 |

Sheet __1__ of __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            391,957.00        142,326.00

B6D (Official Form 6D) (12/07) - Cont.

In re   Christopher Joseph LaBonte,                           Case No. _____
        Cathy Ann Labonte
_____
                            Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 0257953885 936025795xxxx | | | | 2008 | | | | | |
| Wells Fargo Bank, N.A. 8480 Stagecoach Circle Frederick, MD 21701 | | J | | Mortgage Investment Property 897 Eastford Road Southbridge, MA | | | | | |
| | | | | Value $          285,000.00 | | | | 312,000.00 | 210,000.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 312,000.00 | 210,000.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,662,490.00 | 670,968.00 |

# Exhibit "D"

B18J (Form 18J) (08/07)

# United States Bankruptcy Court

District of Massachusetts

Case No. 10−30903

Chapter 7

In re Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Joseph LaBonte | Cathy Ann LaBonte |
| 82 Telephone Road | 82 Telephone Road |
| East Otis, MA 01029 | East Otis, MA 01029 |

Social Security / Individual Taxpayer ID No.:
xxx−xx−3348                                    xxx−xx−7776

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated: 2/7/11

Henry J. Boroff
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18J (08/07)*

## EXPLANATION OF BANKRUPTCY DISCHARGE
### IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts That are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.

# Exhibit "E"

CHRISTOPHER J LABONTE
Report As Of: 1/16/2013

freecreditreport.com

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **BK OF AMER** | | | |
| Potentially Negative Closed | Account Name | BANK OF AMERICA | BK OF AMER |
| | Account # | 433993001197XXXX | 2XXX |
| **No Phone Provided** | Account Type | Revolving or Option | Revolving account |
| | Balance | $21,569.00 | $0.00 |
| PO BOX 982235 | Past Due | $21,569.00 | $0.00 |
| EL PASO, TX 79998 | Date Opened | 2/1/2006 | 2/2/2006 |
| | Account Status | Closed | Closed |
| | Mo. Payment | | |
| | Payment Status | Bad debt & placed for collection & skip | Unrated |
| | High Balance | $21,569.00 | $21,569.00 |
| | Limit | | $22,500.00 |
| | Terms | | |
| | Comments | CHARGED OFF ACCOUNT | Account closed by consumer/Chapter 7 |

### 24/Mo Payment History

| | 2011 | | | | | | | | | | | | 2012 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Month** | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| **BANK OF AMERICA** | | | |
| Potentially Negative Closed | Account Name | BANK OF AMERICA | BANK OF AMERICA | BK OF AMER |
| | Account # | 5XXX | 54903509980XXXX | 5XXX |
| **No Phone Provided** | Account Type | Credit Card | Revolving or Option | Revolving account |
| | Balance | $0.00 | $0.00 | $0.00 |
| PO BOX 982235 | Past Due | | | $0.00 |
| EL PASO, TX 79998 | Date Opened | 9/1/2003 | 9/1/2003 | 9/23/2003 |
| | Account Status | Closed | Closed | Closed |
| | Mo. Payment | | $346.00 | |
| | Payment Status | Debt included in or discharged through Bankruptcy Chapter 7, 11, or 12 | Bad debt & placed for collection & skip | Unrated |
| | High Balance | $36,617.00 | $36,617.00 | $36,617.00 |
| | Limit | $34,200.00 | | $34,000.00 |
| | Terms | Revolving | | |
| | Comments | Credit line closed-consumer request-reported by subscriber | CHARGED OFF ACCOUNT CREDIT CARD | Bankruptcy/account closed by consumer |

### 24/Mo Payment History

| | 2010 | | | | | | 2011 | | | | | | | | | | | | 2012 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Month** | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
| Experian | ND | ND | ND | ND | ND | ND | ND | KD | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

# Exhibit "F"

CHRISTOPHER J LABONTE 
Report As Of: 2/17/2010

# Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**BANK OF AMERICA**   Experian   Equifax   TransUnion

Potentially Negative Closed

800-421-2110

PO BOX 15311
WILMINGTON, DE 19884

| | |
|---|---|
| Account Name | BANK OF AMERICA |
| Account # | 2XXX |
| Account Type | Revolving Charge Account |
| Balance | $21,569.00 |
| Past Due | $21,567.00 |
| Date Opened | 2/1/2006 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Charge-off |
| High Balance | |
| Limit | $22,500.00 |
| Terms | Revolving |
| Comments | Credit line closed-consumer request-reported by subscriber |

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

**24/Mo Payment History**

|  | 2008 |  |  |  |  |  |  |  |  |  | 2009 |  |  |  |  |  |  |  |  |  |  | 2010 |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
| Experian | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | 120 | 120 | KD | KD | KD | KD | KD | KD | KD | KD | KD |



**BANK OF AMERICA**   Experian   Equifax   TransUnion

Potentially Negative Closed

800-421-2110

PO BOX 17054
WILMINGTON, DE 19850

| | |
|---|---|
| Account Name | BANK OF AMERICA |
| Account # | 5XXX |
| Account Type | Credit Card - Revolving Terms |
| Balance | $36,617.00 |
| Past Due | $7,298.00 |
| Date Opened | 9/1/2003 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Charge-off |
| High Balance | |
| Limit | $34,200.00 |
| Terms | Revolving |
| Comments | Credit line closed-consumer request-reported by subscriber |

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

**24/Mo Payment History**

|  | 2007 |  |  |  | 2008 |  |  |  |  |  |  |  |  |  |  |  | 2009 |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 30 | 30 | 30 | 30 | 30 | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | 120 | KD |

Exhibit "G"

BGF (Official Form 6F) (12/07)

In re     Christopher Joseph LaBonte,
        Cathy Ann LaBonte                                    Case No. _____ 10-30903 _____

                                               Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. xxxxxxxx7524 <br><br> **Bank of America** <br> PO Box 15311 <br> Wilmington, DE 19884 | | H | | | 2006 <br> **Credit Card Purchases** | | X | | 21,569.00 |
| Account No. 5xxx <br><br> **Bank of America** <br> PO Box 17054 <br> Wilmington, DE 19850 | | H | | | 2003 <br> **Credit Card Purchases** | | X | | 36,617.00 |
| Account No. xxxxxxxxxx7524 <br><br> **Bank of America** <br> c/o CollectCorp <br> PO Box 101928 <br> Dept. 4947A <br> Birmingham, AL 35210-1928 | | H | | | 2002 <br> **Credit Card Purchases** | | X | | 19,337.19 |
| Account No. xxxxxxxxxxxx-0165 <br><br> **Capital One Bank (USA) N.A.** <br> c/o RAB, Inc. <br> PO Box 34111 <br> Memphis, TN 38184-0111 | | H | | | 2005 <br> **Credit Card Purchases** | | X | | 39,555.97 |
| _4_   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 117,079.16 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Christopher Joseph LaBonte,     Case No. _____10-30903_____
        Cathy Ann LaBonte
        _____
                    Debtors
## AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. xxxxxxxxx7095 | | | | | | 2006 Credit Card Purchases | | | | |
| Chase c/o Daniels Law Offices, PC 1250 Hancock Street, Suite 600N PO Box 699241 Quincy, MA 02269-9241 | | H | | | | | | X | | 12,596.05 |
| Account No. 44171223xxxx | | | | | | 1994 Credit Card Purchases | | | | |
| Chase Account Inquiries PO Box 15298 Wilmington, DE 19850-5298 | | H | | | | | | X | | 5,552.00 |
| Account No. XXXXXXXXXX7683 | | | | | | Credit Card Purchases | | | | |
| Citi PO Box 6241 Sioux Falls, SD 57117 | | H | | | | | | X | | 16,500.00 |
| Account No. 607050711910xxxx | | | | | | 2009 Loan | | | | |
| Citifinancial 300 Saint Paul Place Baltimore, MD 21202 | | H | | | | | | X | | 9,437.00 |
| Account No. 607209151912xxxx | | | | | | 2009 Loan | | | | |
| Citifinancial 300 Saint Paul Place Baltimore, MD 21202 | | H | | | | | X | X | | 9,237.00 |

Sheet no. _1_ of _4_ sheets attached to Schedule of   Subtotal   53,322.05
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Christopher Joseph LaBonte,             Case No. _____10-30903_____
           Cathy Ann LaBonte

Debtors
# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. NA | | | | 2006 Personal Loan | | | | |
| Dennis Brasile 50 Pondview Drive Hampden, MA 01036 | | H | | | | X | | 75,000.00 |
| Account No. 60110013xxxx | | | | 2000 Credit Card Purchases | | | | |
| Discover Financial Services, LLC PO Box 15316 Wilmington, DE 19850 | | H | | | | X | | 8,631.00 |
| Account No. 60110012xxxx | | | | 1995 Credit Card Purchases | | | | |
| Discover Financial Services, LLC PO Box 15316 Wilmington, DE 19850 | | H | | | | X | | 8,388.00 |
| Account No. 01491142716xxxx | | | | 2005 Credit Card Purchases | | | | |
| Infibank 1620 Dodge Street Omaha, NE 68197 | | W | | | | X | | 10,350.00 |
| Account No. N/A | | | | 2008-2009 Legal Services Rendered | | | | |
| Law Offices of Russo & Minchoff 123 Boston St, First Floor Boston, MA 02125 | | H | | | | | X | 8,060.88 |

Sheet no. _2_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal    110,429.88
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Christopher Joseph LaBonte,        Case No.    10-30903
         Cathy Ann LaBonte

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. N/A/ | | | | | January 4, 2010 Judgment | | | | |
| Mashantucket Pequot Gaming Enterprise c/o Christopher Frayer, Esq. Brown Jacobson, P.C. 22 Courthouse Square, P.O. Box 391 Norwich, CT 06360 | | H | | | | | | | 9,801.00 |
| Account No. N/A | | | | | May 2008 Loan | | | | |
| Mohigan Tribal Gaming Authority c/oLawrence K. Richman & Associates P.C. 1419 Hancock St Quincy, MA 02169 | | H | | | | | X | | 65,000.00 |
| Account No. CC101xxxx | | | | | 2008 Personal Guarantee | | | | |
| MPGE 39 Norwich Westerly Road Ledyard, CT 06339 | | H | | | | | X | | 7,500.00 |
| Account No. 8xxx | | | | | 2008 Student Loan | | | | |
| NELNET LNS Po Box 1649 Denver, CO 80201 | | H | | | | | | | 15,642.00 |
| Account No. 5xx | | | | | 2004 Student Loan | | | | |
| NELNET LNS Po Box 1649 Denver, CO 80201 | | H | | | | | | | 17,561.00 |

Sheet no.  3  of  4  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

115,504.00

i36F (Official Form 6F) (12/07) - Cont.

In re    Christopher Joseph LaBonte,                              Case No.____10-30903_____
         Cathy Ann LaBonte

_____
Debtors
## AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. N/A | | | | October 2007 Contested lawsuit | | | | |
| Red Bird Construction, Inc. c/o Jon Dombrowski, Esq. Dombrowski, Aventi & Bunell 6 Grove Ave Leominsterminster, MA 01453 | | H | | | X | X | X | 500,000.00 |
| Account No. XXX0503 | | | | 2008 Deficiency Balance After Repossession of BMW | | | | |
| Southbridge Credit Union 205 Main St Southbridge, MA 01550 | | H | | | | | | 7,788.60 |
| Account No. N/A | | | | 2008-2009 Legal Services Rendered | | | | |
| Stephen Kuzma, Esq. 75 Federal St, 17th Floor Boston, MA 02110 | | H | | | | X | X | Unknown |
| Account No. 865061xxxx | | | | 2005 Loan | | | | |
| TD Bank N.A. 32 Chestnut Street Lewiston, ME 04240 | | W | | | | X | | 3,051.00 |
| Account No. xxxxxx8950 | | | | | | | | |
| Wells Fargo c/o Client Services, Inc. 3451 Harry Truman Boulevard Saint Charles, MO 63301 | | J | | | | | | 22,739.00 |

| Sheet no. _4_ of _4_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 533,578.60 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 929,913.69 |

# Exhibit "H"

CHRISTOPHER J LABONTE
Report As Of: 1/16/2013

*freecreditreport.com*

———————————————— ## Credit Cards, Loans & Other Debt ————————————————

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

### CREDIT ONE, LLC

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Potentially Negative Closed | Account Name | CREDIT ONE, LLC | |
| | Account # | CH33XXXX | |
| 800-748-8670 | Account Type | Open Account | |
| | Balance | $12,596.00 | |
| PO BOX 625 | Past Due | $12,596.00 | |
| METAIRIE, LA 70004 | Date Opened | 2/1/2010 | |
| | Account Status | Closed | |
| | Mo. Payment | | |
| | Payment Status | At least 120 days or more than four payments past due | |
| | High Balance | $12,596.00 | |
| | Limit | | |
| | Terms | | |
| | Comments | COLLECTION ACCOUNT | |

#### 24/Mo Payment History

| Month | 2008 MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2009 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2010 JAN | FEB | MAR | APR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

### SOUTHBRIDGE CREDIT UNI

| | Experian | Equifax | TransUnion |
|---|---|---|---|
| Potentially Negative Closed | Account Name | SOUTHBRIDGE CREDIT UNI | SOUTHBRIDGE CREDIT U | SOUTHBDG CU |
| | Account # | 1310521016XXXX | 1310521016XXXX | 1310521016XXXX |
| 508-765-5454 | Account Type | Auto Loan | Installment | Installment account |
| | Balance | $0.00 | $0.00 | $0.00 |
| 205 MAIN ST | Past Due | | | $0.00 |
| SOUTHBRIDGE, MA 01550 | Date Opened | 2/1/2008 | 2/1/2008 | 2/19/2008 |
| | Account Status | Closed | Closed | Closed |
| | Mo. Payment | | $517.00 | |
| | Payment Status | Debt included in or discharged through bankruptcy Chapter 7, 11, or 12 | Bad debt & placed for collection & skip | Unrated or bankruptcy |
| | High Balance | | $7,788.00 | $26,785.00 |
| | Limit | | | |
| | Terms | 62 Months | | |
| | Comments | | CHARGED OFF ACCOUNT AUTO | Chapter 7 bankruptcy |

#### 24/Mo Payment History

| Month | 2009 MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2010 JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | 2011 JAN | FEB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 90 | KD | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | KD |
| Equifax | OK | OK | OK | OK | OK | 30 | OK | 90 | 120 | OK | OK | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

Exhibit "I"

CHRISTOPHER J LABONTE
Report As Of: 2/17/2010



## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



**CHASE** ✓

Experian — Equifax — TransUnion

📷 Potentially Negative Closed

800-955-9900

PO BOX 15298
WILMINGTON, DE 19850

| | |
|---|---|
| Account Name | CHASE |
| Account # | 42463151XXXX |
| Account Type | Credit Card - Revolving Terms |
| Balance | $12,596.00 |
| Past Due | $12,596.00 |
| Date Opened | 9/1/2006 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Charge-off |
| High Balance | |
| Limit | $12,000.00 |
| Terms | Revolving |
| Comments | Credit line closed-grantor request-reported by subscriber |

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

**24/Mo Payment History**

| | 2008 | | | | | | | | | | 2009 | | | | | | | | | | 2010 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
| Experian | OK | OK | OK | OK | OK | OK | OK | 30 | 60 | 60 | 60 | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 150 | 120 | KD | KD | KD |

---

**CHASE**

Experian — Equifax — TransUnion

📷 Potentially Negative Closed

800-955-9900

PO BOX 15298
WILMINGTON, DE 19850

| | |
|---|---|
| Account Name | CHASE |
| Account # | 44171223XXXX |
| Account Type | Credit Card - Revolving Terms |
| Balance | $5,552.00 |
| Past Due | $5,552.00 |
| Date Opened | 1/1/1994 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Charge-off |
| High Balance | |
| Limit | $4,400.00 |
| Terms | Revolving |
| Comments | Credit line closed-grantor request-reported by subscriber |

**What's missing from this picture?**

See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.

Log In Now!
www.FreeCreditReport.com

**24/Mo Payment History**

| | 2008 | | | | | | | | | | 2009 | | | | | | | | | | 2010 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB |
| Experian | OK | OK | OK | OK | 30 | 30 | 90 | 120 | 120 | 120 | OK | OK | OK | OK | 30 | 60 | 90 | 120 | 120 | 120 | KD | KD | KD |

# Exhibit "J"

# DANIELS LAW OFFICES, P.C.
*1250 Hancock Street, Suite 600N*
*P.O. Box 699241*
*Quincy, Massachusetts 02269-9241*
*Telephone (617) 237-1400    Facsimile (617) 237-1500*

RICHARD S. DANIELS, JR.

JOHN P. MURRAY
GRACE M. CALAMITA
DANIEL A. MILLER
DONNA A. DANIELS
KRISTIN R. STONE
PATRICK L. HANDLIN

MONDAY-THURSDAY   8:00 - 8:30
FRIDAY   8:00 - 5:00
TOLL FREE   (800) 339-4595
INTERNET   WWW.DLOPC.COM

March 11, 2010

KMA 1974-0339 02
Christopher Labonte
897 Eastford Rd
Southbridge, MA   01550

Re: Credit One, L.L.C.

Dear Christopher Labonte:

    A claim has been placed against you with this office by the above-named party in the amount of $12,596.05. This delinquent account, formerly owed to Chase Bank, has been purchased by Credit One, L.L.C. and placed with Daniels Law Offices, P.C. for collection. The original account number is 4246315136717095. In the future, for as long as any part of your debt remains unpaid, you will be liable for additional interest on the unpaid portion of the principal amount shown above for the period of time your debt remains unpaid.

    If you agree that the balance is correct and due, please pay it. As you will see on the reverse side, you still have the unconditional right to request verification. In forwarding payment please note the name of our client on your check and make it payable to DANIELS LAW OFFICES, P.C. If you dispute any part of this claim or need time to pay it, you are invited to call this office at your earliest convenience.

    Please understand that no attorney in this office has reviewed this claim against you as of yet. If you wish an attorney to review this claim, please either call or write asking us to do so and we will be pleased to have an attorney review this claim and contact you to advise you of the position that our client chooses to take regarding the claim against you after personal review by an attorney.

                    Very truly yours,

                    Daniels Law Offices, P.C.

PLEASE SEE REVERSE FOR IMPORTANT NOTICES

# Exhibit "K"

**CHRISTOPHER J LABONTE**
Report As Of: 1/16/2013

freecreditreport.com

# Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.



| SOVEREIGN BANK | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| Current Closed | Account Name | SOVEREIGN BANK | SOVEREIGN BANK | |
| | Account # | 337401512909XXXX | 337401512909XXXX | |
| 401-521-4777 | Account Type | Credit Line Secured | Revolving or Option | |
| | Balance | $0.00 | $177,320.00 | |
| 15 WESTMINSTER ST | Past Due | | $177,320.00 | |
| PROVIDENCE, RI 02903 | Date Opened | 10/1/2004 | 10/1/2004 | |
| | Account Status | Closed | Open | |
| | Mo. Payment | | $593.00 | |
| | Payment Status | Debt included in or discharged through Bankruptcy Chapter 7, 11, or 12 | | |
| | High Balance | $186,826.00 | $187,000.00 | |
| | Limit | $187,000.00 | | |
| | Terms | Revolving | | |
| | Comments | | SECURED CREDIT LINE VARIABLE RATE | |

**24/Mo Payment History**

| | 2010 | | | | | | | | 2011 | | | | | | | | | | | | | | | 2012 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR |
| Experian | 120 | 120 | ND | ND | KD | KD | KD | KD | KD | KD | KD | | | | | | | | | | | | | |
| Equifax | 120 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |

| SOVEREIGN BANK | | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| Current Closed | Account Name | SOVEREIGN BANK | | SOVEREIGN BK |
| | Account # | 337401511985XXXX | | 33740151XXXX |
| 401-521-4777 | Account Type | Credit Line Secured | | Overdraft / reserve checking account |
| | Balance | | | $0.00 |
| 15 WESTMINSTER ST | Past Due | | | $0.00 |
| PROVIDENCE, RI 02903 | Date Opened | 9/1/2003 | | 9/8/2003 |
| | Account Status | Closed | | Closed |
| | Mo. Payment | | | |
| | Payment Status | Paid satisfactorily | | Paid or paying as agreed |
| | High Balance | $99,110.00 | | $99,110.00 |
| | Limit | $100,000.00 | | $100,000.00 |
| | Terms | Revolving | | |
| | Comments | | | Closed |

**24/Mo Payment History**

| | 2002 | | 2003 | | | | | | | | | | | 2004 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT |
| Experian | | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |
| TransUnion | | | | | | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

# EXHIBIT 2

# EQUIFAX

**CREDIT FILE : March 4, 2013**
**Confirmation # 3039033938**

P. O. Box 105518
Atlanta, GA 30348

000127

001358356-127
Christopher J Labonte
11 Glover St
Southbridge, MA 01550-2313

Dear Christopher J Labonte:

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

Thank you for giving Equifax the opportunity to serve you.

## The Results Of Our Reinvestigation

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *)*
*This section includes open and closed accounts reported by credit grantors)*

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
|---|---|---|---|
| Status Code | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Descriptions | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> *We have researched the credit account.  Account # - 424631513671* The results are:* This creditor has verified to OUR company that the current status is being reported correctly. Additional information has been provided from the original source regarding this item. If you have additional questions please contact: *Chase Card Services, P.O.Box 15298, Wilmington DE 19850 Phone: (800) 955-9900*

### Chase Bank USA, Na   PO Box 15298 Wilmington DE 19850-5298 : (800) 955-9900

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 424631513671* | 09/04/2006 | $12,604 | $12,000 | | Monthly | | 40 | Transfer/Sold | | | | | |
| Date of Last Reported 02/04/2013 | | | | | Date of 1st Delinquency 06/2009 | Date of Last Activity 06/2009 | Date Maj. Del. 1st R'prd 12/2009 | Charge Off Amount $0 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay $0 | Balloon Pay Date | Date Closed |
| | | Date of Last Pymnt 05/2009 | Scheduled Payment Amount $0 | Actual Payment Amount $0 | | | | | | | | | |

| | Balance Amount $0 | Amount Past Due $0 | | | | | | | | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Account Transferred or Sold; Charged Off Account; Credit Card;

| Account History with Status Codes | 04/2008 | 03/2008 | 02/2008 |
|---|---|---|---|
| | 2 | 2 | 2 |

>>> *We have researched the credit account.  Account # - 344607* The results are:* This account has been updated to show included in bankruptcy/included in bankruptcy of another person. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Sovereign Bank, PO Box 12646, READING PA 19612-2646 Phone: (215) 320-8400*

( Continued On Next Page )

3039033938IMX-001358356- 127  - 4214 - AS

**Sovereign Bank**   PO Box 12646   Reading PA 19612-2646 ; (215) 320-8400

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification | | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 344607* | 11/08/2005 | $180,000 | $0 | 30 Years | Monthly | 56 | | | 02/2011 |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Date of 1st Delinquency | Date of Last Activity | Deferred Pay Start Date | Charge Off Amount | Activity Designator | Balloon Pay Amount | Balloon Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/2013 | $0 | $0 | 02/2011 | $0 | $1,464 | | 01/2010 | | $0 | | $0 | |

Type of Loan - Conventional Re Mortgage; Whose Account - Joint Account;

| Account History with Status Codes | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 |
|---|---|---|---|---|---|---|---|---|
| | 4 | 6 | 6 | 5 | 4 | 3 | 2 | 1 |

>>> **We have researched the credit account. Account # -532906399963* The results are:** This account has been updated to show included in bankruptcy/included in bankruptcy of another person. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Bank of America, P.O. Box 982235, EL Paso TX 79998-2235*

**Bank of America**   PO Box 982235   El Paso TX 79998-2235

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification | | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 532906399963* | 03/05/2002 | $0 | $0 | | Monthly | 99 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Date of 1st Delinquency | Date of Last Activity | Deferred Pay Start Date | Charge Off Amount | Activity Designator | Balloon Pay Amount | Balloon Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/2013 | $0 | $0 | 07/2012 | $1,013 | $183 | | 07/2008 | | $0 | | $0 | |

Type of Loan - Credit Card; Whose Account - Individual Account;

| Account History with Status Codes | 07/2012 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | 6 | 6 | 4 | 4 | 3 | 2 | 1 | 1 | 1 | 1 |

>>> **We have researched the credit account. Account # -337401512909* The results are:** This account has been updated to show included in bankruptcy/included in bankruptcy of another person. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: *Sovereign Bank, 15 Westminster St; Providence RI 02903-2424 Phone: (877) 768-2265*

**Sovereign Bank**   15 Westminster St   Providence RI 02903-2424 ; (877) 768-2265

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification | | Date Closed |
|---|---|---|---|---|---|---|---|---|---|
| 337401512909* | 10/02/2004 | $186,826 | $187,000 | | | 90 | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymt | Actual Paymt Amount | Scheduled Paymt Amount | Date of 1st Delinquency | Date of Last Activity | Deferred Pay Start Date | Charge Off Amount | Activity Designator | Balloon Pay Amount | Balloon Pay Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/2013 | $177,320 | $177,320 | 05/2010 | $0 | $593 | | 02/2011 | | $0 | | $0 | |

Type of Loan - Credit Line Secured; Whose Account - Shared, But Otherwise Undesignated;

| Account History with Status Codes | 06/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 |
|---|---|---|---|---|---|---|---|---|
| | L | 6 | 5 | 4 | 3 | 2 | 1 | 1 |

>>> **We have researched the credit account. Account # -43399300119? The results are:** This creditor has verified to OUR company that the current status is being reported correctly. If you have additional questions about this item please contact: *Bank of America, P.O. Box 982235, EL Paso TX 79998-2235*

303903393BIMX-001358356 - 127 - 4214 - AS

*Confirmation # 3039033938*

# CREDIT FILE : March 4, 2013

## Bank of America   PO Box 982235 El Paso TX 79998-2235

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 433993001197* | 02/02/2006 | $0 | $22,500 | | Monthly | 71 | | |

| Items As of / Date Reported | Balance Amount | Amount Past Due | Date of Last Pymt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/04/2013 | $21,569 | $21,569 | 05/2009 | $0 | $0 | 09/2008 | | 07/2009 | $21,569 | | $0 | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Business Credit Card; Whose Account - Individual Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Charged Off Account;

**Account History with Status Codes**

| 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 |
|---|---|---|---|---|---|---|---|---|---|
| L | L | 6 | 6 | 6 | 6 | 6 | 4 | 4 | 3 | 2 | 1 |

## Sovereign Bank   PO Box 12646  Reading PA 19612-2646 ; (215) 320-8400

>>> **We have researched the credit account. Account # - 344607\* The results are:** The status of this account has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: ***Sovereign Bank, PO Box 12646, READING PA 19612-2646 Phone: (215) 320-8400***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 344607* | 11/08/2005 | $33,750 | $0 | 15 Years | Monthly | 56 | | |

| Items As of / Date Reported | Balance Amount | Amount Past Due | Date of Last Pymt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Pald | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/04/2013 | $0 | $0 | 10/2011 | | $320 | | 12/2009 | | $0 | | $0 | | 10/2011 |

Type of Loan - Second Mortgage; Whose Account - Joint Account;

**Account History with Status Codes**

| 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 |
|---|---|---|---|---|---|---|---|---|
| 4 | 6 | 6 | 6 | 5 | 4 | 3 | 2 | 1 |

3039033938IMX-001356356-127-4214-AS

( Continued On Next Page )

## State Of Massachusetts - Notice to Consumer

You have a right to obtain a copy of your credit file from a consumer credit reporting agency. You may be charged a reasonable fee not exceeding eight dollars. There is no fee, however, if you have been turned down for credit, employment, insurance, or rental dwelling because of information in your credit report within the preceding sixty days. The consumer credit reporting agency must provide someone to help you interpret the information in your credit file. Each calendar year you are entitled to receive, upon request, one free consumer credit report.

You have a right to dispute inaccurate information by contacting the consumer credit reporting agency directly. However, neither you nor any credit repair company or credit service organization has the right to have accurate, current, and verifiable information removed from your credit report. In most cases, under state and federal law, the consumer credit reporting agency must remove accurate, negative information from your report only if it is over seven years old, and must remove bankruptcy information only if it is over ten years old.

You have a right to dispute inaccurate information by contacting the consumer reporting agency directly, either in writing or by telephone. The consumer reporting agency shall provide, upon request and without unreasonable delay, a live representative of the consumer reporting agency to assist in dispute resolution whenever possible and practicable, to the extent consistent with federal law. The consumer credit reporting agency may not charge a fee for this service. Any pertinent information and copies of all documents you have concerning a dispute should be given to the consumer credit reporting agency.

If reinvestigation does not resolve the dispute to your satisfaction, you may send a statement to the consumer credit reporting agency to keep in your file, explaining why you think the record is inaccurate. The consumer credit reporting agency must include your statement about the disputed information in a report it issues about you.

You have a right to receive a record of all inquires relating to a credit transaction initiated in the six months preceding your request, or two years in the case of a credit report used for employment purposes. This record shall include the recipients of any consumer credit report.

You have the right to opt out of any prescreening lists compiled by or with the assistance of a consumer credit reporting agency by calling the agency's toll-free telephone number or contacting the agency in writing". You may be entitled to collect compensation, in certain circumstances, if you are damaged by a person's negligent or intentional failure to comply with the credit reporting act.

You have a right to request a "security freeze" on your consumer report. The security freeze will prohibit a consumer reporting agency from releasing any information in your consumer report without your express authorization. A security freeze shall be requested by sending a request either by certified mail, overnight mail or regular stamped mail to a consumer reporting agency, or as authorized by regulation. The security freeze is designed to prevent credit, loans or services from being approved in your name without your consent. You should be aware that using a security freeze may delay, interfere with, or prevent the timely approval of any subsequent request or application you make regarding new loans, credit, mortgage, insurance, government services or payments, rental housing, employment, investment, license, cellular phone, utilities, digital signature, internet credit card transactions, or other services, including an extension of credit at point of sale.

When you place a security freeze on your consumer report, within 5 business days of receiving your request for a security freeze, the consumer reporting agency shall provide you with a personal identification number or password to use if you choose to remove the freeze on your consumer report or to authorize the release of your consumer report to a specific party or for a specified period of time after the freeze is in place. To provide that authorization, you must contact the consumer reporting agency and provide the following:-

(1) the personal identification number or password provided by the consumer reporting agency;

(2) proper identification to verify your identity; and

(3) the third party or parties who are to receive the consumer report or the specified period of time for which the report shall be available to authorized users of the consumer report.

( Continued On Next Page )

3039039938IMX-001358356- 127 - 4214 - AS

## CREDIT FILE : March 4, 2013

### Confirmation # 3039033938

A consumer reporting agency that receives a request from a consumer to lift a freeze on a consumer report shall comply with the request not later than 3 business days after receiving the request.

A security freeze shall not apply to a person or entity, or to its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account, that requests information relative to your consumer report for the purposes of reviewing or collecting the account, if you have previously given consent to the use of your consumer report. "Reviewing the account" includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze on your Equifax credit report, send your request via certified, overnight or regular mail to:

Equifax Security Freeze
P.O. Box 105788
Atlanta, GA 30348

Or, you may contact us on the web at equifax.com or call 800-685-1111.

The fee to place a security freeze is $5.00. If you or your spouse is a victim of identity theft and you submit a copy of a valid police report relating to the identity theft, no fees will be charged. Include your complete name, complete address, social security number, date of birth and payment, if applicable.

Written confirmation of the security freeze will be sent within 5 business days of receipt of the request via first class mail. It will include your unique personal identification number and instructions for removing the security freeze or authorizing the release of your credit report for a specific party or period of time.

* If you prefer not to receive pre-approved offers, please notify:

Equifax Options
P.O. Box 740123
Atlanta, GA 30374-0123

Include your full name, complete address, Social Security number, daytime telephone number, and signature. Or you may call toll free: 1 (888) 567-8688.

### Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

3039033938IMX-001358356 - 127 - 4214 - AS

( Continued On Next Page )

3039033938IMX-001358356- 127 - 4214 - AS

(End Of Report)