# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Labonte,**
        **Plaintiff,**

    **V.**

**Equifax Information Services,**
        **Defendant,**

**CIVIL ACTION**

**NO. 13-40049-TSH**

## ORDER OF DISMISSAL

**Hillman,   D. J.**

    Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on  11/3/15,  it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                                                           By the Court,

  12/14/15                                                         /s/ Martin Castles
    Date                                                                Deputy Clerk